IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:21-cv-00383-D

| | |
|---|---|
| DEPARTMENT OF TRANSPORTATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF RALEIGH, and the UNITED ) | **ORDER** |
| STATES OF AMERICA, through its ) | |
| agency, U.S. ENVIRONMENTAL ) | |
| PROTECTION AGENCY. ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the parties' joint motion pursuant to Local Civil Rule 101.2 for a Court-hosted settlement conference. The Court, having reviewed and considered the parties' Motion, finds good cause and hereby GRANTS the parties' Motion.

It is hereby ORDERED that this case be referred to **Judge Gates** for purposes of scheduling a Court-Hosted Settlement Conference pursuant to Local Civil Rule 101.2.

SO ORDERED. This the **8** day of August, 2022.

JAMES C. DEVER III
United States District Judge